# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

IN RE:                                                          CASE NO. 10-70034

**JAMIE A. HAFFERTY**         xxx-xx-2191

        xxx-xx-
    Debtor(s)

## Objection to Proof of Claim
## With Notice of Hearing Thereon

The Trustee in this case states that she has reviewed the claim filed herein, and objects to the allowance of this claim as filed.

Wherefore, the Trustee moves that the subject claim be disallowed or modified as follows:

| Acct No : DUPL CL # 13  6116 | SeqNo: 014 | | Court Claim No: 8 |
|---|---|---|---|
| | CLASSIFICATION | ALLOWED | PRIN DUE |
| WESCOM CREDIT UNION<br>5601 E LA PALMA AVENUE<br><br>ANAHEIM, CA 92807- | Unsecured<br><br>DUPLICATE OF CLAIM # 13 ( COURT CLAIM # 7) | $0.00 | $0.00 |

You are hereby notified that the above objection has been set for hearing before the Bankruptcy Court at 211 South Court Street, Room 115 in Rockford, Illinois at the following date and time:

## APRIL 2, 2010  8:30 AM

You may appear at the stated time and place and offer evidence in support of or in opposition to such objection. If you fail to appear, the allegations of said objection may be taken as true and an Order entered accordingly.

February 24, 2010

    /s/ Lydia S. Meyer_____
    Lydia S. Meyer. Trustee
    P.O. Box 14127
    Rockford, IL 61105-4127
    (815) 968-5354

### Certificate of Mailing

The undersigned certifies that a copy of the foregoing objection, notice and order were mailed to the Debtor (s) and to the Debtor (s)' attorney of record and the creditor listed below in envelopes addressed as indicated below bearing first class postage on the <u>24</u> day of <u>FEBRUARY, 2010.</u>  The creditor copies of the Objection and the envelopes addressed to all creditor addresses were mailed to the attention of an officer, a managing or general agent or agent authorized by law to receive service of process.

    /s/ Susan K. Jones_____

JAMIE A. HAFFERTY                           WESCOM CREDIT UNION
                                            5601 E LA PALMA AVENUE
236 BOLEN ROAD
PECATONICA, IL 61063                        ANAHEIM, CA  92807-

ATTORNEY DONALD P SULLIVAN
126 N CHURCH STREET
ROCKFORD, IL 61101-                         ,