```
                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF ILLINOIS
                         WESTERN DIVISION
```

IN RE:                          )
                                ) Chapter 13
JAMIE A. HAFFERTY               ) NO.  10-70034
                                )
           Debtor.              )

<u>NOTICE OF MOTION</u>

TO:
JAMIE A. HAFFERTY, 236 Bolen Rd, Pecatonica, IL 61063
LYDIA MEYER, Chapter 13 Trustee, P.O. Box 14127, Rockford IL 61105

    PLEASE TAKE NOTICE that on <u>March 19, 2010</u> at the hour of <u>9:00 a.m.</u>, or as soon thereafter as counsel may be heard, I shall appear before the Honorable <u>Judge Manuel Barbosa</u>, Bankruptcy Judge, in the Courtroom usually occupied by him at the Federal Courthouse, 211 S. Court Street, Rockford, Illinois, or before any other Bankruptcy Judge who may be sitting in his place and stead, and shall then and there present the attached:

### *MOTION TO WITHDRAW*

a copy of which is attached hereto and is herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

DATED: March 9, 2010     /s/ DONALD P. SULLIVAN

DONALD P. SULLIVAN (#6196673)
Attorney for debtor
126 N. Church St.
Rockford IL 61101
815 968-5205

<u>CERTIFICATE OF MAILING</u>

    The undersigned, an attorney, hereby certifies that he served a copy of this Notice upon the following:

JAMIE A. HAFFERTY, 236 Bolen Rd, Pecatonica, IL 61063
LYDIA MEYER, Chapter 13 Trustee, P.O. Box 14127, Rockford IL 61105

by placing a true and correct copy of said document(s) in an envelope(s); he sealed said envelope(s) and placed sufficient United States postage on same; that he deposited said envelope(s) so sealed and stamped in the United States Mail at Rockford, Illinois at or about the hour of 5:00 p.m. on the 9th day of March, 2010.

                                        /S/ DONALD P. SULLIVAN

```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF ILLINOIS
                           WESTERN DIVISION


In re:                          )
                                )
JAMIE HAFFERTY                  )  NO.  10-70034
                                )
          Debtor.               )
```

## MOTION FOR LEAVE TO WITHDRAW

NOW COMES the attorney, DONALD P. SULLIVAN, and for his Motion For Leave to Withdraw, states:

1. Irreconcilable differences exist between DONALD P. SULLIVAN and the debtor, JAMIE HAFFERTY.  Debtor has stated that he wishes to retain other counsel.

2. The debtor and the attorney mutually wish to terminate the attorney-client relationship.

3. The attorney cannot effectively represent the interests of the client.

WHEREFORE, by reason of the foregoing, the attorney prays that the Court grant leave for him to withdraw as counsel for JAMIE HAFFERTY.

                              /s/ DONALD P. SULLIVAN,
                                  Attorney for debtor

DONALD P. SULLIVAN (#6196673)
Attorney for JAMIE HAFFERTY
126 N. Church St.
Rockford IL 61101
815 968-5205