UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                                                        CHAPTER 13

JAMIE A. HAFFERTY                                                         CASE NO. 10-70034

**NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Ocwen Loan Servicing                    **Court claim #: 10**

**Last four digits** of any number used to identify the debtor's account: 3808 / 6650

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $25,746.85 (Per Creditor's Amended Proof of Claim) |
| | +    50.00 (Allowed Cost of Collection) |
| | $25,796.85 |
| Amount Paid by Trustee | $25,796.85 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐   Thru the Chapter 13 Plan | ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  9/3/2015                    /s/Lydia S. Meyer
                                                Lydia S. Meyer, Trustee
                                                308 W. State St., Suite 212
                                                Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 3rd Day of September, 2015.

Dated:  9/3/2015                    /s/Cynthia K. Burnard

OCWEN LOAN SERVICING
ATTN: BANKRUPTCY DEPT.
12650 INGENUTIY DRIVE
ORLANDO, FL 32826

AMERICAN HOME MORTGAGE SERV., INC.
PO BOX 631730
IRVING, TX  75063-1730

PIERCE AND ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

AMERICAN HOME MORTGAGE SERV., INC
BANKRUPTCY DEPARTMENT
1525 S BELTLINE ROAD SUITE 100 N
COPPELL, TX 75019

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N. FRONTAGE RD, SUITE 100
BURR RIDGE, IL  60527

JAMIE A. HAFFERTY
236 BOLEN ROAD
PECATONICA, IL  61063

LAW OFFICE OF HENRY REPAY
903 W. LOCUST STREET
BELVIDERE, IL  61008-4210